■ In the Matter of JOHN S., Respondent, v ELAINE D., Appellant.—Appeal from an order of the Family Court, Kings County (Torres, J.), dated January 22, 1982.

Justice Kooper has been substituted for the late Justice Gibbons *(see,* 22 NYCRR 670.2 [c]).

Ordered that the order is affirmed, without costs or disbursements. No opinion. Brown, J. P., Niehoff, Weinstein and Kooper, JJ., concur.